**Albert BLAIN, Appellant, v. SULLIVAN-WALDRON PRODUCTS COMPANY, a Corporation of the State of Delaware.**

**No. 9773.**

United States Court of Appeals Third Circuit.

Argued Jan. 3, 1949.

Decided Jan. 6, 1949.

Walter Schachtel, of Philadelphia, Pa., for appellant.

No appearance for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The plaintiff complains that the District Court decided this case on the motion for summary judgment and says that the District Court should have heard testimony concerning the intention of the parties as to the meaning of certain terms in the contract which is the subject-matter of the suit between them. We have examined the papers in the case and the opinion of the District Judge. We agree with the result he reached and the reasons he assigned for reaching it and have nothing to add to his discussion.

The judgment appealed from, 78 F.Supp. 661, will be affirmed.

**Clinton A. CLAUSON, Individually and as Collector of Internal Revenue, Defendant, Appellant, v. Joseph B. DRUMMOND et al., Executors, Plaintiffs, Appellees.**

**No. 4252.**

United States Court of Appeals First Circuit.

Jan. 26, 1949.

Newton K. Fox, Sp. Asst. to Atty. Gen. (Theron L. Caudle, Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Leland T. Atherton, Sp. Assts. to Atty. Gen., and Alton A. Lessard, U. S. Atty., and Edward J. Harrigan, Asst. U. S. Atty., both of Portland, Me., on the brief), for appellant.

William B. Mahoney, of Portland, Me. (Wadleigh B. Drummond of Portland, Me., on the brief), for appellee.

Before MAGRUDER, Chief Judge, and MAHONEY and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment of the District Court must be reversed on the authority of Commissioner of Internal Revenue v. Estate of Francois L. Church, 1949, 69 S.Ct. 322.

Judgment reversed.